**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2113**

ERIN POTTS,

             Plaintiff - Appellant,

     v.

ADP, INC.,

             Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:13-cv-00344-MOC-DSC)

Submitted:  April 27, 2015          Decided:  May 1, 2015

Before MOTZ, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victoria Street Tolbert, LAW OFFICE OF VICTORIA STREET TOLBERT,
Charlotte, North Carolina, for Appellant.  Ted N. Kazaglis,
Collin O'Connor Udell, JACKSON LEWIS PC, Cary, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erin Potts appeals the district court's order granting summary judgment in favor of Potts's former employer, ADP, Inc., in Potts's employment discrimination action filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-7 (2012). We have reviewed the record and find no reversible error. See Balas v. Huntington Ingalls Indus., Inc., 711 F.3d 401, 410 (4th Cir. 2013) (providing elements of Title VII retaliation claim); Anderson v. Westinghouse Savannah River Co., 406 F.3d 248, 268 (4th Cir. 2005) (providing elements of Title VII failure-to-promote claim); Cook v. CSX Transp. Corp., 988 F.2d 507, 511 (4th Cir. 1993) (providing elements of Title VII disparate-discipline claim). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED